**FILED**

08/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0125

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0125

_____

JADA KU,

     Plaintiff and Appellant,

v.

GREAT FALLS COLLEGE
MONTANA STATE UNIVERSITY,

     Defendant and Appellee.

_____

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Jada Ku, to all counsel of record, and to the Honorable John Parker, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 23 2023